LEAH RINGLE, Respondent, v. BENEDICT WILD, as President of the LEMBERGER DR. LOWENSTEIN LODGE No. 54, I. O. B. A., an Unincorporated Association of Seven or More Members, Appellant.— Order denying defendant's motion for a stay of proceedings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

AMY E. SCHEIDECKER, Appellant, Respondent, v. MCATEER REALTY CO., INC., and Others, Respondents, Appellants, and Others, Defendants.— Order appealed from denying motion to make the amended complaint more definite and certain and granting motion to the extent of striking certain paragraphs therefrom affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

EDWARD A. SCHMIDT, Appellant, v. MASSAPEQUA COMPANY, INC., and Others, Defendants, Impleaded with GOULD & NEWMAN and LOUIS LEVY, Respondents.— Order in so far as an appeal is taken therefrom reversed on the law and the facts and the parts thereof directing a reference and appointing a referee struck out, with ten dollars costs and disbursements to appellant. On the facts disclosed it does not appear that respondent Levy or respondents Gould and Newman had a valid retaining lien as counsel for the attorney of record for plaintiff, who retained control of the action. They have elected to proceed against plaintiff and his attorney by action; and under those circumstances, with the ultimate rights of the parties a matter of doubt, the court will not lend its summary powers to settling a dispute which may be determined by the more orderly method of trial. Young, Kapper, Carswell and Davis, JJ., concur; Lazansky, P. J., dissents as to respondent Levy on the ground that the filing of the undertaking waived the right of appeal.